O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD NANCE,<br>Petitioner,<br>v.<br>STEVE SMITH, Warden, PVSP,<br>Respondent. | Case No. 5:24-cv-00148 CAS (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, First Amended Petition, Answer, and all the records and files herein, along with the Report and Recommendation dated July 29, 2026, [Dkt. No. 21], of the assigned United States Magistrate Judge. No objections were filed and the time to do so has passed.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 21], is accepted;

2. The Petition is denied;

3. The case is dismissed with prejudice;

4. The Certificate of Appealability is denied; and

5. Judgment is to be entered accordingly.

DATED: August 25, 2026

Christina A. Snyder

THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE