JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GERALD NANCE,

Petitioner,

v.

STEVE SMITH, Warden, PVSP,

Respondent.

Case No. 5:24-cv-00148 CAS (ADS)

JUDGMENT

Pursuant to the Court's Order Accepting Final Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: August 25, 2026

Christina A. Snyder

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE